## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**BRITNI CROWE, as Special
Administrator of the Estate of Kylie
Ann Berg, Deceased,**

**Plaintiff,**

**v.**

**UNITED STATES OF AMERICA et al.,**

**Defendants.**                                   **No. 05-CV-847-DRH**

### ORDER

**HERNDON, District Judge:**

       Before the Court is a motion submitted by Plaintiff for leave to attach an

attorney affidavit that was inadvertently not attached to Plaintiff's complaint.  (Doc.

16.)  Defendants have not opposed this motion.  Accordingly, the Court **GRANTS**

Plaintiff's motion.  (Doc. 16.)

       **IT IS SO ORDERED.**

       Signed this 28th day of March, 2006.


/s/       David   RHerndon
**United States District Judge**