# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRITNI CROWE, as Special Administrator of the Estate of Kylie Ann Berg, Deceased, )<br>)<br>Plaintiff, )<br>)<br>VS. )<br>)<br>UNITED STATES OF AMERICA; )<br>UNITED STATES AIRFORCE )<br>DEPARTMENT OF DEFENSE; and )<br>ST. ELIZABETH'S HOSPITAL OF )<br>BELLEVILLE; )<br>)<br>Defendants. ) | NO. CV 05-847-DRH-PMF |

## JUDGMENT IN A CIVIL CASE

**HERNDON, District Judge:**

The Court having received a Stipulation for Dismissal signed by all counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, each party to bear its own costs.

**DATED:** __April 2, 2008.__

                                      **NORBERT G. JAWORSKI, Clerk**

                                      __Patricia A. Brown__
                                      By: Patricia A. Brown, Deputy Clerk

**APPROVED:** /s/    DavidRHerndon
                      Chief Judge
                      U.S. District Court